Fill in this information to identify your case:

Debtor 1: Katie A. Kelly

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number (If known): 

Check if this is:
- [ ] An amended filing
- [ ] A supplement showing postpetition chapter 13 expenses as of the following date:
   _____ MM / DD / YYYY

Official Form 106J-2

## Schedule J-2: Expenses for Separate Household of Debtor 2        12/15

Use this form for Debtor 2's separate household expenses ONLY IF Debtor 1 and Debtor 2 maintain separate households. *If Debtor 1 and Debtor 2 have one or more dependents in common, list the dependents on both Schedule J and this form.* Answer the questions on this form only with respect to expenses for Debtor 2 that are not reported on Schedule J. Be as complete and accurate as possible. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Do you and Debtor 1 maintain separate households?**
   - [ ] No. Do not complete this form.
   - [x] Yes

2. **Do you have dependents?**
   Do not list Debtor 1 but list all other dependents of Debtor 2 regardless of whether listed as a dependent of Debtor 1 on Schedule J.
   Do not state the dependents' names.
   - [ ] No
   - [x] Yes. Fill out this information for each dependent..................

| Dependent's relationship to Debtor 2: | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 15 | [x] No  [ ] Yes |
| Son | 13 | [x] No  [ ] Yes |
|  |  | [ ] No  [ ] Yes |
|  |  | [ ] No  [ ] Yes |
|  |  | [ ] No  [ ] Yes |

3. **Do your expenses include expenses of people other than yourself, your dependents, and Debtor 1?**
   - [x] No
   - [ ] Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.      4. $_____

   If not included in line 4:
   4a. Real estate taxes      4a. $_____
   4b. Property, homeowner's, or renter's insurance      4b. $_____
   4c. Home maintenance, repair, and upkeep expenses      4c. $_____
   4d. Homeowner's association or condominium dues      4d. $_____

Official Form 106J-2        Schedule J-2: Expenses for Separate Household of Debtor 2        page 1

Debtor 1 _____    Case number (if known)_____
First Name    Middle Name    Last Name

**Your expenses**

5. **Additional mortgage payments for your residence**, such as home equity loans    5.   $_____

6. **Utilities:**
   6a. Electricity, heat, natural gas    6a.   $_____
   6b. Water, sewer, garbage collection    6b.   $_____
   6c. Telephone, cell phone, Internet, satellite, and cable services    6c.   $_____
   6d. Other. Specify: _____    6d.   $_____

7. **Food and housekeeping supplies**    7.   $_____

8. **Childcare and children's education costs**    8.   $_____

9. **Clothing, laundry, and dry cleaning**    9.   $_____

10. **Personal care products and services**    10.   $_____

11. **Medical and dental expenses**    11.   $_____

12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.    12.   $_____

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13.   $_____

14. **Charitable contributions and religious donations**    14.   $_____

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a. Life insurance    15a.   $_____
    15b. Health insurance    15b.   $_____
    15c. Vehicle insurance    15c.   $_____
    15d. Other insurance. Specify:_____    15d.   $_____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____    16.   $_____

17. **Installment or lease payments:**
    17a. Car payments for Vehicle 1    17a.   $_____
    17b. Car payments for Vehicle 2    17b.   $_____
    17c. Other. Specify:_____    17c.   $_____
    17d. Other. Specify:_____    17d.   $_____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**    18.   $_____

19. **Other payments you make to support others who do not live with you.**
    Specify:_____    19.   $_____

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    20a. Mortgages on other property    20a.   $_____
    20b. Real estate taxes    20b.   $_____
    20c. Property, homeowner's, or renter's insurance    20c.   $_____
    20d. Maintenance, repair, and upkeep expenses    20d.   $_____
    20e. Homeowner's association or condominium dues    20e.   $_____

Debtor 1 _____    Case number (if known)_____
       First Name    Middle Name    Last Name

21. Other. Specify: _____    21.  +$ _____

22. **Your monthly expenses.** Add lines 5 through 21.
    The result is the monthly expenses of Debtor 2. Copy the result to line 22b of Schedule J to calculate the
    total expenses for Debtor 1 and Debtor 2.    22.  $ 0

23. Line not used on this form.

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.
    ☐ Yes.    Explain here:

Official Form 106J-2    Schedule J-2: Expenses for Separate Household of Debtor 2    page 3